LODGED

ANNETTE L. HURST (No. 148738)
DOUGLAS A. WINTHROP (No. 183532)
SIMON J. FRANKEL (No. 171552)
PETER J. DROBAC (No. 191079)
ALISON B. SHAMES (No. 197420)
HOWARD, RICE, NEMEROVSKI, CANADY,
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4065
Telephone: 415/434-1600
Facsimile: 415/217-5910

MARK ROSENBAUM (NO. 59940)
AMERICAN CIVIL LIBERTIES UNION OF
SOUTHERN CALIFORNIA
Telephone: 213/977-9500
Facsimile: 213/250-3919

Attorneys for Defendant
THOMAS FORSYTHE, DBA WALKING MOUNTAIN
PRODUCTIONS

FILED
CLERK, U.S. DISTRICT COURT
JUN 29 2000
CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

___ Priority
_X_ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,,<br><br>    Plaintiff,<br><br>    v.<br><br>WALKING MOUNTAIN PRODUCTIONS, et al.,<br><br>    Defendants. | No. 99-08543 RSWL (RZx)<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS COMPLAINT |

JUN 30 2000
ENTERED ON ICMS

The Motion by Defendant Thomas Forsythe, dba Walking Mountain Productions, to Dismiss the First Amended Complaint filed by Plaintiff Mattel, Inc. (the "Motion to Dismiss"), came on regularly for hearing on June 19, 2000, at 9:00 a.m., before the Honorable Ronald S. W. Lew, United States District Judge, in his courtroom at 312 North Spring Street, Los Angeles, California 90012. Adrian M. Pruetz, Quinn Emanuel Urquhart Oliver & Hedges LLP appeared for plaintiff Mattel, Inc. and Douglas A. Winthrop, Howard, Rice, Nemerovski, Canady, Falk and Rabkin, A Professional Corporation, appeared for Defendant.

After reviewing the moving, opposing, and reply papers filed by the parties and hearing the arguments of counsel, and good cause appearing,

The Court rules on the Motion to Dismiss as follows:

1. The Motion to Dismiss is GRANTED with leave to amend, and Mattel is given leave to file a Second Amended Complaint within 20 days of the date of the hearing.

2. In repleading, Mattel shall:

(a) Take into consideration the deficiencies with respect to the claims asserted in the First Amended Complaint identified by Defendant in his moving and reply papers;

(b) Delineate each claim asserted separately, setting forth the facts and legal authority on which each claim is based, and

(c) Plead copyright and trademark infringement only with respect to those copyright registrations and trademarks which form the bases for its claims without reference to other, unspecified copyright registrations or trademarks.

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS COMPLAINT
-1-

3. The Court is not persuaded by Defendant's arguments that the Federal Trademark Dilution Act (the "FTDA"), 15 U.S.C. § 1125(c), does not apply with respect to claims of trade dress or that the FTDA would be unconstitutional if applied to the trade dress in a product design asserted by Mattel in its First Amended Complaint.

IT IS SO ORDERED.

DATED: June 29, 2000

*RONALD S. W LEW*

THE HONORABLE RONALD S.W. LEW
UNITED STATES DISTRICT JUDGE

Presented by:

HOWARD, RICE, NEMEROVSKI,
CANADY, FALK & RABKIN
A Professional Corporation

By: _____
    Douglas A. Winthrop

Attorneys for Defendant
THOMAS FORSYTHE, DBA WALKING
MOUNTAIN PRODUCTIONS

WD 062000/1-1367801/846578/v1

PROOF OF SERVICE

I, Donna DeBonis, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is Three Embarcadero Center, 7th Floor, San Francisco, California 94111-4065.

On June 21, 2000, I served the foregoing document(s) described as **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS COMPLAINT**:

- ☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

- ☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

- ☐ by causing personal delivery by _____ of the document(s) listed above to the person(s) at the address(es) set forth below.

- ☒ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery

- ☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Adrian M. Pruetz, Esq.
Michael T. Zeller, Esq.
Erin L. MacPherson, Esq.
Quinn Emanuel Urquhart Oliver
  & Hedges, LLP
865 South Figueroa Street,
10th Floor
Los Angeles, CA  90017-2543

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation

PROOF OF SERVICE
WD 031500/1-1367801/57/822873/v1         -1-

1   I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on June 21, 2000.

*[signature: Donna DeBonis]*

Donna DeBonis

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation

WD 031500/1-1367801/57/822873/v1

PROOF OF SERVICE
-2-