

Priority  ✓
Send  ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTEL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> WALKING MOUNTAIN PRODUCTIONS, ET AL., <br><br> Defendants. | CASE NO. CV 99-08543 RSWL (RZx) <br><br> ORDER DENYING PLAINTIFF'S EX PARTE APPLICATION RE MOTION TO COMPEL DEFENDANT'S PRODUCTION OF DOCUMENTS AND TANGIBLE THINGS; ORDER TO PREVENT FURTHER ACTS OF SPOLIATION BY DEFENDANTS |

The Court has read and reviewed Plaintiff's Ex Parte Application re Motion to Compel Defendant's Production of Documents and Tangible Things; Order to Prevent Further Acts of Spoliation by Defendants, the accompanying papers, and the papers in opposition. The ex parte application is DENIED.

Plaintiff's request for sanctions is DENIED.

Defendant has filed an original and one copy of 5 volumes of exhibits in opposition to the ex parte application, and delivered another copy as a "courtesy" to chambers. All told, Defendant has submitted approximately two and a half feet of paper in connection with the exhibits. The exhibits are stricken from the record, and the Clerk is directed to contact defense counsel, who shall arrange for the stricken exhibits to be retrieved from the Court. Defendant may, if it so desires, submit a

| | |
|---|---|
| 1 | document of no longer than 5 pages, summarizing the nature of the exhibits which |
| 2 | have been stricken. |
| 3 |     IT IS SO ORDERED. |
| 4 | |
| 5 | DATED: May _25_, 2001 |
| 6 | |
| 7 |                               /s/ Ralph Zarefsky |
| 8 |                             RALPH ZAREFSKY<br>                      UNITED STATES MAGISTRATE JUDGE |


1  document of no longer than 5 pages, summarizing the nature of the exhibits which
2  have been stricken.
3          IT IS SO ORDERED.
4
5          DATED: May _25_, 2001
6
7                                         /s/ Ralph Zarefsky
8                                         RALPH ZAREFSKY
                                          UNITED STATES MAGISTRATE JUDGE