```
Priority
Send      X
Enter  ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___
```

ENTERED
MAY 30 2001

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FAX DELIVERY ON PLAINTIFF/DEFENDANT (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT FAX NUMBER OF RECORD IN THIS ACTION ON THIS DATE.   cc: to RSWL

DATE: 5/29/01

DEPUTY CLERK

FILED
CLERK, U.S. DISTRICT COURT
MAY 29 2001
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTEL, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>WALKING MOUNTAIN PRODUCTIONS, ET AL.,<br><br>    Defendants. | CASE NO. CV 99-08543 RSWL (RZx)<br><br>ORDER RE DEFENDANTS' EX PARTE APPLICATION TO COMPEL DEPOSITION OF CAROL LEVINE AND OTHER MATTERS |

The Court finds it astonishing that counsel in this case continue to be unable to reach reasonable accommodations, and continue to be able to put unlimited resources into disputes of relative insignificance.

Without determining whether the 10-deposition rule encompasses depositions of experts, the Court determines that in this case it is consistent with the purposes of the discovery rules, including Rule 26(b)(2), to allow the depositions of the experts to proceed, even if those depositions will cause the number of depositions to exceed ten.

The deposition of Carol Levine shall proceed. The Court notes that, contrary to the representation made in the papers to the Court, Plaintiff has notified Defendant that it plans to call Ms. Levine as a witness at trial. Hurst Declaration, Ex. S.

1    The deposition of Meryl Friedman shall not proceed. In addition to the fact that the deponent recently has delivered twins and therefore appears not to be able to testify easily, the Court notes that the report of Dr. Cox mentions the correspondence between her and Workman only fleetingly. Mr. Kinrich mentions The Art of Barbie slightly more, but still not enough to justify intrusion on Ms. Friedman at the current time. The Court also notes that Dr. Kinrich's report is dated April 9, 2001, more than a month before Ms. Friedman's deposition was noticed.

The Court declines to enter the requested order as to the timing of Dr. Cox's deposition. If Plaintiff takes the deposition of Dr. Cox before Defendant takes the deposition of Ms. Levine, and statements of Ms. Levine alter Dr. Cox's opinion, then Plaintiff takes the risk that it may not be able to obtain a second deposition of Dr. Cox.

The request for sanctions is denied.

IT IS SO ORDERED.

DATED: May 29, 2001

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE

cc: The Hon. Ronald S.W. Lew