THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

FILED
CLERK, U.S. DISTRICT COURT
AUG 22 2001
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT
AUG 23 2001
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

Priority ___
Send ✓
Enter ✓
Closed ✓
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,  <br>  Plaintiff,  <br>  v.  <br>  WALKING MOUNTAIN PRODUCTIONS et al.,  <br>  Defendants. | CV 99-8543 RSWL  <br>  **JUDGMENT** |

//
//
//

✓ Docketed
___ Copies / NTC Sent
___ JS - 5 / JS - 6
___ JS - 2 / JS - 3
___ CLSD

(334)

1

AUG 23 2001

1  This action came on for hearing before the Court on August 13, 2001, District Judge Ronald S.W. Lew Presiding, on Defendant's Motion for Summary Judgment, and the evidence presented having been fully considered, the issues having been duly heard, and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing and that the action be dismissed on the merits.

*RONALD S. W. LEW*

_____
**RONALD S.W. LEW**
United States District Judge

DATED: August 20, 2001

No. CV-99-08543-RSWL        [<u>Mattel, Inc. v. Walking Mountain Productions, et al.</u>: Motion for Summary Judgment]

(orders\Mattel_Judgment.wpd\t)