**ORIGINAL**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Priority
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

CIVIL MINUTES-GENERAL

CASE NO. **CV 99-8543-RSWL**            DATED: **October 22, 2001**

TITLE:  **MATTEL, INC., v. WALKING MOUNTAIN PRODUCTIONS, et al**

PRESENT:  **HONORABLE RONALD S.W. LEW, JUDGE**

Kelly Davis                                     Roger May
Deputy Clerk                                    Court Reporter

ATTORNEYS FOR PLAINTIFFS:           ATTORNEYS FOR DEFENDANTS:
Adrian Pruetz                                   Douglas Winthrop

**PROCEEDINGS:** Motion by deft Thomas Forsythe, dba Walking Mountain Productions for attorneys fees and expenses

   Counsel present and hearing held. Court rules as follows:

The Court **DENIES** the above motion, exclusive of costs. Plaintiff counsel to prepare the order.

ENTER ON ICMS

OCT 24 2001

MINUTES FORM 11                 INITIALS OF DEPUTY CLERK kd
CIV-GEN

