JUDGMENT
=================================================================================

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

--------------

NO. 01-56695
CT/AG#: CV-99-08543-RSWL

MATTEL INC., a Delaware Corporation

    Plaintiff - Appellant



v.

WALKING MOUNTAIN PRODUCTIONS, a California Business Entity;
TOM FORSYTHE, an individual d/b/a Walking Mountain
Productions

    Defendants - Appellees


NO. 01-57193
CT/AG#: CV-99-08543-RSWL

MATTEL INC., a Delaware Corporation

    Plaintiff - Appellee

v.

WALKING MOUNTAIN PRODUCTIONS, a California Business Entity;
TOM FORSYTHE, an individual d/b/a Walking Mountain
Productions

    Defendants - Appellants


--------------------

APPEAL FROM the United States District Court for the

Central District of California, Los Angeles .

THIS CAUSE came on to be heard on the Transcript of the



379

Record from the United States District Court for the Central District of California, Los Angeles and was duly submitted.

ON CONSIDERATION WHEREOF, It is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is AFFIRMED. "We AFFIRM the Los Angeles federal district court's grant of Forsythe's summary judgment motion as to Mattel's copyright, trademark and trade dress infringement and dilution, and state law claims. We AFFIRM the San Francisco federal district court on its decision to quash Mattel's subpoena and to grant the non-party SFMOMA attorney's fees. On cross-appeal, we VACATE and REMAND the Los Angeles federal district court's decision to deny Forsythe attorney's fees under the Lanham and Copyright Acts. All costs on appeal taxed against Mattel."

Filed and entered            December 29, 2003

A TRUE COPY
CATHY A. CATTERSON,
Clerk of Court
ATTEST

JAN 20 2004

by _____
Deputy Clerk

**FILED**

JAN 1 2 2004

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

Form 10. Bill of Costs

## United States Court of Appeals for the Ninth Circuit

### BILL OF COSTS

**Note:** If you wish to file a bill of costs, it MUST be submitted on this form and filed, with the clerk, with proof of service, within 14 days of the date of entry of judgment, and in accordance with Circuit Rule 39-1. A late bill of costs must be accompanied by a motion showing good cause. Please refer to FRAP 39, 28 U.S.C. § 1920, and Circuit Rule 39-1 when preparing your bill of costs.

Mattel, Inc. v. Walking Mountain Productions, et al.   CA No.s 01-56695, 01-57193 (Cross-Appeal)

The Clerk is requested to tax the following costs against: __Mattel, Inc.__

| Cost Taxable under FRAP 39, 28 U.S.C. § 1920, Circuit Rule 39-1 | REQUESTED Each Column Must Be Completed | | | | ALLOWED To Be Completed by the Clerk | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Docs.* | Pages per Doc. | Cost per Page** | TOTAL COST | No. of Docs. | Pages per Doc. | Cost per Page | TOTAL COST |
| Supplemental Excerpt of Record | 6 | 6595 | $.20 | $7,914.00 | | | | |
| Appellant's Brief | | | | | | | | |
| Appellee's Brief | 20 | 96 | $.15 | $ 288.00 | | | | |
| Cross Appellant's Reply Brief | 20 | 27 | $.15 | $ 81.00 | | | | |
| Other | | | | | | | | |
| | | | TOTAL | $8,283.00 | | | TOTAL | $8283.00 |

**Form 10. Bill of Costs -** *Continued*

**Other:** Any other requests must be accompanied by a statement explaining why the item(s) should be taxed pursuant to Circuit Rule 39-1. Additional items without such supporting statements will not be considered.

Attorneys fees **cannot** be requested on this form.

\* If more than 7 excerpts or 20 briefs are requested, a statement explaining the excess number must be submitted.

\*\* Costs per page may not exceed .20 or actual cost, whichever is less. Circuit Rule 39-1.

---

I, <u>Simon J. Frankel</u>, swear under penalty of perjury that the services for which costs are taxed were actually and necessarily performed, and that the requested costs were actually expended as listed. The printer's itemized statement showing actual costs per page is attached.

Signature: _[signature]_

Date: January 12, 2004

Name of Counsel (printed or typed): Simon J. Frankel

Attorney for: Appellee/Cross-Appellant Walking Mountain Productions, et al.

Date: JAN 2 0 2004

Costs are taxed in the amount of

$ 8283.00

Clerk of Court

By: _[signature]_
Deputy Clerk

## PROOF OF SERVICE BY MAIL

I am employed in the City and County of San Francisco, State of California. I am over the age of eighteen (18) years and not a party to the within action; my business address is Three Embarcadero Center, 7th Floor, San Francisco, California 94111-4065.

I am readily familiar with the practice for collection and processing of documents for mailing with the United States Postal Service of Howard, Rice, Nemerovski, Canady, Falk & Rabkin, A Professional Corporation, and that practice is that the documents are deposited with the United States Postal Service with postage fully prepaid the same day as the day of collection in the ordinary course of business.

On January 12, 2004, I served the following document(s) described as **BILL OF COSTS** on the persons listed below by placing the document(s) for deposit in the United States Postal Service through the regular mail collection process at the law offices of Howard, Rice, Nemerovski, Canady, Falk & Rabkin, A Professional Corporation, located at Three Embarcadero Center, 7th Floor, San Francisco, California, to be served by mail addressed as follows:

Adrian Pruetz, Esq.
Michael T. Zeller, Esq.
Quinn Emanuel Urquhart Oliver
 & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Fax: (213) 624-0643
Swb: (213) 624-7707

Albert P. Bedecarre, Esq.
Quinn Emanuel Urquhart Oliver
 & Hedges, LLP
201 Sansome Street, 6th Floor
San Francisco, California 94104
Swb: 415-986-5700
Fax: 415-986-5707

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on January 12, 2004.

_____
Joanne Caruso

CERTIFICATE OF SERVICE